UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. |
| Plaintiff, | ) | **'08 MJ 1 6 5 7** |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| Feliciano VARGAS-Rosales, | ) | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) Transportation of Illegal Aliens |
| Defendant(s) | ) | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

### COUNT 1

On or about **May 25, 2008**, within the Southern District of California, defendant **Feliciano VARGAS-Rosales** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Guillermina PLATON-Velazquez, Concepcion PRECIADO-Curiel, and Zacarias PRECIADO-Curiel** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

### COUNT 2

On or about **May 25, 2008**, within the Southern District of California, defendant, **Feliciano VARGAS-Rosales,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27th** DAY OF **MAY 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Feliciano VARGAS-Rosales

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

Furthermore, the complainant states that **Guillermina PLATON-Velazquez, Concepcion PRECIADO-Curiel, and Zacarias PRECIADO-Curiel** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 25, 2008 at approximately 4:20 PM, Border Patrol Agent Villalobos was working the primary inspection position at the U.S. Border Patrol Traffic Checkpoint on State Route 94 in Jamul, California. The checkpoint was fully operational with all warning lights and signs in place. At this time, a gray Dodge 250 van approached the primary inspection area. Agent Villalobos motioned for the vehicle to conduct an immigration inspection. Agent Wallace approached the vehicle from the passenger side, and observed numerous individuals lying on the floor of the van. Agent Wallace alerted Agent Villalobos to the individuals lying in the back of the van. Agent Wallace placed a "Stop Stick" in front of the right front tire, and Agent Villalobos ordered the driver, later identified as **Feliciano VARGAS-Rosales**, to shut off the vehicle. VARGAS complied with commands and was removed from the vehicle.

Agent Villalobos identified himself as a U.S. Border Patrol Agent and conducted an immigration interview with VARGAS, and he freely admitted to being in the United States without proper immigration documentation. VARGAS was placed under arrest and escorted into the State Route 94 Border Patrol Checkpoint. Agent Villalobos then removed nine individuals from the back of the van. Agent Villalobos identified himself as a U.S. Border Patrol Agent and conducted an immigration interview on each individual separately. Each individual interviewed, freely admitted to being in the United States without the proper immigration documents. All nine subjects were placed under arrest and escorted into the State Route 94 Border Patrol Checkpoint.

## DEFENDANT STATEMENT:

The defendant was read his Miranda Rights and stated he understood these rights and was willing to make a statement freely without an attorney present. VARGAS admitted that he was a Mexican citizen and that he did not posses any valid U.S. immigration documents that would allow him to enter or remain in the U.S. legally. VARGAS also admitted to being deported by an immigration judge and that he was ordered deported to Mexico. VARGAS stated that he crossed the international border between Mexico and the United states on May 25, 2008 at approximately 6:00 AM. VARGAS stated that he knew it was illegal to enter the United States after being deported.

**CONTINUATION OF COMPLAINT:**
Feliciano VARGAS-Rosales

## MATERIAL WITNESSES STATEMENTS:

Material Witnesses **Guillermina PLATON-Velazquez, Concepcion PRECIADO-Curiel, and Zacarias PRECIADO-Curiel** stated that they are citizens and nationals of Mexico illegally present in the United States. They stated that they do not have any immigration documents allowing them to be in the United States legally. They stated that arrangements had been made in Tijuana Baja California, Mexico to be smuggled into the United States. **Concepcion PRECIADO-Curiel** stated that she was going to pay $2,000.00 U.S. dollars upon arrival in San Diego. When shown a photographic lineup, **Concepcion PRECIADO-Curiel** was able to identify the defendant **Feliciano VARGAS-Rosales** as the driver of the vehicle.

Executed on May 26, 2008, at 9:30 A.M.

_____
Tomas M. Jimenez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **May 25, 2008**, in violation of Title 8, United States Code, Section 1324.

_____          5/26/08 @ 10:47 a.m.
Jan M. Adler                        Date/Time
United States Magistrate Judge