AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| FELICIANO VARGAS-ROSALES | CASE NUMBER: 08CR1958-W |

I, FELICIANO VARGAS-ROSALES, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 6/12/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FELICIANO VARGAS
Defendant

Defense Counsel

Before _____
Judicial Officer

FILED
JUN 1 2 2008